

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2015

No. 04-14-00552-CV

Cesar **VELEZ**,
Appellant

v.

**UNIVERSITY OF MISSOURI,**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-11974
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

Appellant's brief was due November 17, 2014, pursuant to an order of this court. On November 6, 2014, appellant filed an unopposed motion to abate the appeal. In the motion, appellant advised this court that this matter arises from a judgment relating to a student loan and the parties are in the process of resolving the matter by refinancing the loan at issue. Based on the potential resolution, appellant asked that we abate this matter for sixty days — the time estimated to complete the refinancing process.

Based on appellant's representations, we granted the unopposed motion to abate. We ordered the appeal abated until further order of this court. **We also ordered appellant to file in this court, on or before January 12, 2015, a motion to dismiss or a written status report advising this court of the status of the settlement. Appellant has filed neither a motion to dismiss nor a written status report.**

Accordingly, we **ORDER** appellant to file in this court on or before February 5, 2015, a motion to dismiss or a written status report advising this court of the status of the settlement. If appellant does not comply with this court's order, we will order the abatement lifted, reinstate appeal, and set a deadline for the filing of appellant's brief.

We **order** the clerk of the court to serve a copy of this order on appellant and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court